UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARRELL DEMONT WILLIAMS,<br><br>               Plaintiff,<br><br>  v.<br><br>ALFORD ETOY, JR., and<br>ALFORD LAW OFFICE,<br><br>               Defendants. | NO: 1:17-CV-3035-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE, CEASE COLLECTION OF FILING FEE |

BEFORE THE COURT are the Magistrate Judge's Report and Recommendation to Dismiss Complaint without Prejudice and to Direct that Collection of the Filing Fee Cease (ECF No. 12), Motion to Voluntarily Dismiss Complaint (ECF Nos. 9, 10), and Motion to Waive Filing Fee (ECF No. 11). No objection to the Report and Recommendation has been filed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Report and Recommendation (ECF No. 12) is **GRANTED**.

2. Plaintiff's First Amended Complaint is **STRICKEN**.

3. Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF Nos. 9, 10) are **GRANTED**. All claims in this action are **DISMISSED without prejudice.**

4. Plaintiff's Motion to Waive Filing Fee (ECF NO. 11) is **GRANTED**. The institution having custody of Plaintiff shall cease collection of any remaining filing fee for this action.

The District Court Executive is directed to enter this Order, furnish copies to the Plaintiff and to the Yakima County Jail, Attn: Jail Office Supervisor, 111 N. Front St., Yakima, WA 98901, and **CLOSE** the file.

**DATED** May 30, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2